# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EBERTO BAUTISTA, | Case No.: 3:18-cv-00194-MMD-WGC |
| Plaintiff | **Order** |
| v. | Re: ECF No. 38 |
| NEVADA DEPARTMENT OF CORRECTIONS, et. al., | |
| Defendants | |

Plaintiff has filed a motion seeking to substitute acting Nevada Department of Corrections (NDOC) Director A. Wickham for defendant Director James Dzurenda under Federal Rule of Civil Procedure 25(d), following Dzurenda's resignation. (ECF No. 38.)

Defendants have filed a response indicating that Wickham was acting director, but a new permanent director has now been named—Charles Daniels. (ECF No. 44.)

Plaintiff's motion (ECF No. 38) is **GRANTED IN PART**. The new director, Charles Daniels, is ordered substituted in for James Dzurenda under Rule 25(d) insofar as Dzurenda was sued in his official capacity.

**IT IS SO ORDERED**.

Dated: December 19, 2019

William G. Cobb
United States Magistrate Judge