# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EBERTO BAUTISTA,<br><br>    Plaintiff<br><br>v.<br><br>NEVADA DEPARTMENT OF<br>CORRECTIONS, *et al.*,<br><br>    Defendants. | Case No.: 3:18-cv-00194-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 151 |

On January 21, 2025, Defendants filed a motion for extension of time to file a reply in support of their motion to disqualify counsel. (ECF No. 151.) The motion seeks a one-week extension from the deadline of January 21, 2025, to January 28, 2025, because counsel for Defendants experienced a family emergency. (*Id.*) A hearing is scheduled hearing on this briefing for February 5, 2025, and granting the extension would allow for review of the reply in advance of the hearing. (ECF No. 142.) Thus, the court **grants** Defendants' motion for extension of time based on Defense counsel's family emergency. The deadline for Defendants to reply to their motion to disqualify counsel is now **January 28, 2025**.

**IT IS SO ORDERED.**

DATED:  January 22, 2025.

_____
UNITED STATES MAGISTRATE JUDGE