AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

AARON D. FORD
  Attorney General
NATHAN M. CLAUS, Bar No. 15889
  Deputy Attorney General
State of Nevada
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-7629 (phone)
(702) 486-3768 (fax)
Email: nclaus@ag.nv.gov

*Attorneys for Defendants*
*Renee Baker, James Dzurenda,*
*Maribelle Henry and Yisroel Rosskamm*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EBERTO BAUTISTA,<br><br>                Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>                Defendants. | Case No. 3:18-cv-00194-MMD-CSD<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Eberto Bautista, and Defendants Renee Baker, James Dzurenda, Maribelle Henry and Yisroel Rosskamm, by and through their respective counsel, under Rule 41(a)(1)(A)(ii), Federal Rules of

///

///

1

Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

DATED this 3rd of October, 2025.                DATED this 3rd of October, 2025.

**CLARK HILL, PLLC**                             **ATTORNEY GENERAL'S OFFICE**

/s/ Austin Barnum, Esq.                          /s/ Nathan M. Claus, Esq.
AUSTIN BARNUM                                    DOUGLAS R. RANDS
Nevada Bar No. 15174                             Nevada Bar No. 3572
1700 S. Pavilion Center Drive,                   Senior Deputy Attorney General
Ste., #500                                       NATHAN M. CLAUS
Las Vegas, Nevada 89135                          Deputy Attorney General
*Attorney for Plaintiff Charles Morris*          Nevada Bar No. 15889
*in conjunction with Legal Aid of*               *Attorneys for the Defendants*
*Southern Nevada*

**ORDER**

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED: October 8, 2025.

_____
UNITED STATES DISTRICT JUDGE

2